UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Kenia Johanna ANDRADE-Lopez,

Defendant.

Case No. **26mj9047**

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1326
Attempted Entry After Deportation
(Felony)

The undersigned complainant being duly sworn states:

On or about October 29, 2026, within the Southern District of California, defendant, Kenia Johanna ANDRADE-Lopez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Angel Valencia*

ANGEL VALENCIA
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30th day of October 2026.

*[signature]*

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Kenia Johanna ANDRADE-Lopez

## STATEMENT OF FACTS

On October 29, 2026, Border Patrol Agent (BPA) R. Scott was assigned to Zone 14 within the Calexico Station's Area of Responsibility (AOR). Zone 14 is located approximately 3.5 miles east of the Calexico, California West Port of Entry (POE). The zone is approximately 2.8 miles long and is situated near the United States/Mexico International Boundary Fence (IBF). Anza Road runs east to west approximately 27 yards north of the 45-foot metal border fence. BPA Scott was wearing a full rough-duty uniform bearing United States Border Patrol patches and insignia, along with government-issued body armor.

At approximately 9:18 p.m., Remote Video Surveillance System (RVSS) operators advised that they observed a subject crawling north from the IBF toward the All-American Canal in Zone 14. BPA Scott responded to the reported illegal entry and searched the area where RVSS operators had last observed the subject crawling. BPA Scott observed drag marks on the south side of the brush and subsequently observed a female subject hiding in the brush, lying face down on the ground.

BPA Scott identified himself as a United States Border Patrol Agent in Spanish and asked the subject, later identified as Kenia Johanna ANDRADE-Lopez (ANDRADE), where she was from. ANDRADE stated, in Spanish, that she was from El Salvador.

BPA Scott then asked ANDRADE whether she had entered the United States moments earlier by climbing over the IBF. ANDRADE responded in Spanish, "Yes." BPA Scott continued questioning ANDRADE and asked whether she possessed documentation authorizing her to enter or remain in the United States. ANDRADE responded in Spanish, "No." BPA Scott placed ANDRADE under arrest approximately 0.02 miles north of the IBF and ANDRADE was transported to the Calexico Border Patrol Station for further processing.

At the Calexico Station, ANDRADE's fingerprints and biometric data were captured using Department of Homeland Security systems, which revealed prior immigration history. ANDRADE was previously ordered removed from the United States to Mexico by a Designated Official on August 28, 2026. ANDRADE was last physically removed from the United States to Mexico on September 15, 2026, through San Ysidro, California.

Further checks revealed there is no evidence that ANRADE had applied for, sought, or received authorization from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after being previously removed.